**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Alpha Energy and Electric, Inc., | Case No. 2:24-cv-02053-DJA |
| Plaintiff, | |
| v. | **Order** |
| Jakub Medrala, et al., | |
| Defendants. | |

Before the Court is Eric Dobberstein and Eric Dobberstein, PLLC dba Dobberstein Law Group's notice of related cases. (ECF No. 10). The Court finds that this case would benefit from being heard by the same district judge and magistrate judge as the related case—*Alpha Energy and Electric Inc. v. Eric Dobberstein et al.*, No. 2:24-cv-02052-APG-NJK—and so, grants the Dobberstein Parties' request to transfer this case. *See* LR 42-1(a). The Court does not grant the Dobberstein Parties' request that this case and the related case be consolidated.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to reassign this case to the Honorable Chief District Judge Andrew P. Gordon and the Honorable Magistrate Judge Nancy J. Koppe.

DATED: June 11, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE