UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC, INC., | Case No.: 2:24-cv-02053-APG-NJK |
| Plaintiff | **Order Granting Motion for Determination of Good Faith Settlement** |
| v. | [ECF No. 14] |
| JAKUB MEDRALA and THE MEDRALA LAW FIRM, PROF. LLC, | |
| Defendants | |

Defendants Jakub Medrala and The Medrala Law Firm (collectively, Medrala) move for an order declaring that their settlement with plaintiff Alpha Energy was made in good faith. ECF No. 14. That declaration would shield Medrala from claims by any other tortfeasor for contribution and equitable indemnity. Nev. Rev. Stat. § 17.245.

I have considered the relevant factors discussed by the Supreme Court of Nevada in *The Drs. Co. v. Vincent*, 98 P.3d 681, 686-87 (Nev. 2004). *See also In re MGM Grand Hotel Fire Litig.*, 570 F. Supp. 913, 927 (D. Nev. 1983) (same factors). Medrala can assert reasonable defenses against Alpha's claims. The settlement is within the limits of Medrala's insurance policy. Medrala's financial condition was not a factor in the settlement, as the case was resolved to avoid costs and fees going forward. There is no evidence of fraud or collusion between Medrala and Alpha. There are several good reasons for Alpha to settle with Medrala, and the settlement amount is appropriate in light of those reasons.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the defendants' motion **(ECF No. 14) is granted**. I find that the defendants' settlement with plaintiff Alpha Energy and Electric, Inc. was made in good faith, and the defendants are entitled to the protections of Nevada Revised Statutes § 17.245.

DATED this 31st day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE