# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC, INC., | Case No.: 2:24-cv-02053-APG-NJK |
| Plaintiff | **Order Granting Motion to Seal** |
| v. | [ECF No. 15] |
| JAKUB MEDRALA, THE MEDRALA LAW FIRM, PROF. LLC, | |
| Defendants | |

I HEREBY GRANT the defendants' motion to file under seal the settlement agreement resolving this case. ECF No. 15.  That settlement agreement was filed on the court's docket, unsealed, as ECF No. 14-1.  I therefore order the clerk of court to seal that document.

DATED this 31st day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE