GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com
aochoa@garinlawgroup.com

*Attorneys for Defendants Jakub Medrala and
The Medrala Law Firm, Prof. LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPHA ENERGY AND ELECTRIC INC., <br><br>    Plaintiff, <br><br>  vs. <br><br> JAKUB MEDRALA and THE MEDRALA LAW FIRM, PROF. LLC, <br><br>    Defendants. | Case No: 2:24-cv-02053-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, ALPHA ENERGY AND ELECTRIC INC., by and through its attorney of record, Charles R. Kozak, Esq., of Kozak & Associates, LLC, and Stephen J. Moore, Esq. of Krigel Nugent + Moore, P.C., and Defendants JAKUB MEDRALA and THE MEDRALA LAW FIRM, PROF. LLC, by and through their attorneys of record at Garin Law Group, that the above-captioned lawsuit shall be dismissed with prejudice, with each party to bear its own fees and costs.

///

///

///

///

///

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 12, 2025. | Dated: August 12, 2025 |
| By:/s/ Stephen Moore<br>Charles R. Kozak, Esq.<br>KOZAK & ASSOCIATES, LLC<br>3100 Mill Street, Suite 115<br>Reno, NV 89502<br>chuck@kozaklawfirm.com<br><br>Stephen J. Moore, Esq.<br>*Pro Hac Vice Forthcoming*<br>KRIGEL NUGENT + MOORE, P.C.<br>4520 Main, Suite 700<br>Kansas City, MO 64111<br>sjmoore@knmlaw.com<br><br>*Attorneys for Plaintiff*<br>*Alpha Energy and Electric Inc.* | By: /s/ Angela Ochoa<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>ANGELA N. OCHOA, ESQ.<br>Nevada Bar No. 10164<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, NV 89144<br>Phone: (702) 382-1500<br>Fax: (702) 382-1512<br>aochoa@garinlawgroup.com<br><br>*Attorneys for Defendants Jakub Medrala*<br>*and The Medrala Law Firm, Prof. LLC* |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Complaint shall be dismissed with prejudice, with Plaintiff, Jakub Medrala, and The Medrala Law Firm, Prof. LLC to bear their own fees and costs.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 13, 2025

Prepared and submitted by:

GARIN LAW GROUP

By: /s/ Angela Ochoa
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164

*Attorneys for Defendants Jakub Medrala and*
*The Medrala Law Firm, Prof. LLC*